UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Taelor Green,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>James Scally, et al.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00244-JAD-VCF<br><br>**ORDER** |

　　　　Pro se plaintiff Taelor Green, an inmate in the custody of the Nevada Department of Corrections, has submitted a complaint under 42 U.S.C. § 1983 alleging that his constitutional rights were violated while he was incarcerated at High Desert State Prison. (ECF No. 1-1). On March 28, 2023, the Court ordered Plaintiff to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* by May 30, 2023. (ECF No. 3). The Court warned Plaintiff that this action would be subject to dismissal if he failed to timely comply. (*Id.* at 2). Thereafter, Plaintiff filed a document stating that he obtained the financial documents required to apply for *in forma pauperis* status but doesn't know what to do. (ECF No. 4). The Court construes Plaintiff's notice as seeking an extension of time to either file a fully complete application to proceed *in forma pauperis* or pay the required filing fee. The Court finds that good cause exists to extend the deadline **one final** time.

　　　　IT IS THEREFORE ORDERED that **on or before August 7, 2023**, Plaintiff must either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

　　　　IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff Taelor Green the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint and exhibits (ECF No. 1-1) but not file them at this time.

IT IS SO ORDERED.

DATED:   June 23, 2023.

_____
UNITED STATES MAGISTRATE JUDGE